UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                          05 cr 732 (JGK)

      -against-

                          **SPEEDY TRIAL ORDER**

GERMAN MARTINEZ,
                    Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, December 14, 2021, at 9:00am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **December 14, 2021** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                           **JOHN G. KOELTL**
                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 3, 2021