UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

      - against -                  05-cr-732 (JGK)

GERMAN MARTINEZ                ORDER

             Defendant.
_____

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **January 7, 2022** at **11:00 a.m.**

Because a continuance is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **December 16, 2021,** until **January 7, 2022,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
          December 16, 2021       _____/s/ John G. Koeltl_____
                               John G. Koeltl
                      United States District Judge