UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      - against -              05-cr-732 (JGK)

GERMAN MARTINEZ,               ORDER

               Defendant.

JOHN G. KOELTL, District Judge:

The parties are directed to appear for another conference on **January 18, 2022** at **9:30 a.m.**

Because a continuance is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **January 11, 2022,** until **January 18, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
          January 11, 2022

                              John G. Koeltl
                 United States District Judge