# ALBERT Y. DAYAN

**Attorney at Law**

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:    Fax: (718) 268-9404

<u>By ECF:</u>

May 23, 2022

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:   **United States v. German Martinez**
                **05-cr-00732-JGK**

Dear Koeltl:

    I am the attorney for German Martinez in the above referenced case and respectfully submit this letter to the Court.

    Your Honor, defense counsel respectfully requests an adjournment of sixty (60) days for the sentencing of the defendant, German Martinez that is currently scheduled for Tuesday, June 7, 2022. The reason is that Mr. Martinez has not been interviewed due to logistical issues.

    The Government consents to this request and to an exclusion of time under Speedy Trial Act until the date of sentencing. The Court's time and consideration of this matter are greatly appreciated.

    Thank you Your Honor.

                            Respectfully submitted,

                            _____/s/_____
                            Albert Y. Dayan
                            Attorney at Law

cc:    Kevin Mead
       Assistant U.S. Attorney
       SDNY

*[Handwritten notation:]* Adjourned to Tuesday, August 8, 2022, at 4:30 PM
SO ORDERED
5/24/22
/s/ John G. Koeltl
USDJ