**ALBERT Y. DAYAN**  80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415
Attorney at Law            Tel: (718) 268-9400:    Fax: (718) 268-9404

BY ECF:

December 30, 2022

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

1/4/23

Re:   **United States v. German Martinez**
         **05-Cr-00732-JGK**

Dear Judge Koeltl:

I am the attorney for Defendant, German Martinez in the above-captioned matter.

Your Honor, please allow this letter to serve as my request to withdraw Defendant's Sentencing Submission which was filed electronically on Thursday, December 29, 2022, (Docket #26). Defense Counsel intends to re-file this submission later next week.

Thank you Your Honor for your consideration.

Respectfully submitted,

/s/
Albert Y. Dayan
Attorney at Law

cc.   Kevin Mead
        Assistant U.S. Attorney
        (By ECF)