# ALBERT Y. DAYAN
**Attorney at Law**

80-02 Kew Gardens Rd.,# 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400;   Fax: (718) 268-9404

**By ECF:**

January 17, 2023

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      **Re:**   **United States v. German Martinez**
                **05-cr-00732-JGK**

Dear Koeltl:

> *Adjourned to Thursday, January 26, 2023, at 12:00pm.*
> *So Ordered.*
> *1/19/23.  /s/ John G. Koeltl, USDJ*

     I am the attorney for German Martinez in the above referenced case and respectfully submit this letter to the Court.

     Your Honor, defense counsel is respectfully asking the court to kindly reschedule the sentencing date of the defendant, German Martinez that is currently scheduled at 11:00 a.m. on Wednesday, January 25 to anytime on Thursday, January 26, 2023.

     The Government does not object to this request and to an exclusion of time under Speedy Trial Act until the date of sentencing. The Court's time and consideration of this matter are greatly appreciated. I am sorry for any inconvenience to the Court.

     Thank you Your Honor.

                                              Respectfully submitted,

                                              _____/s/_____
                                              Albert Y. Dayan
                                              Attorney at Law

cc.    Kevin Mead
        Assistant U.S. Attorney
        SDNY